# EXHIBIT A

E-FILED
8/29/2023 4:13 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
23CV422051
Reviewed By: R. Cachux

**MILSTEIN JACKSON
FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, California 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
David Slade
slade@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone:  501.891.6000
Facsimile:  501.222.3027

*Counsel for Plaintiff and the Proposed Class*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN JOSE

23CV422051

| | |
|---|---|
| BRIAN MCKINNEY, individually and on behalf of all others situated,<br><br>Plaintiff<br><br>vs.<br><br>SANDISK LLC, a Delaware limited liability company; SANDISK MANUFACTURING AMERICAS, LLC, a Delaware limited liability company; and WESTERN DIGITAL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>1.  Violations of UCL's Unfair Prong, Cal. Bus. & Prof. C. §§17200, *et seq.*<br>2.  Violations of UCL's Fraudulent Prong, Cal. Bus. & Prof. C. §§17200, *et seq.*<br>3.  Unjust Enrichment<br>4.  Breach of Express Warranty<br>5.  Breach of Implied Warranty<br>6.  Strict Liability – Manufacturing Defect<br>7.  Strict Liability - Design Defect (Consumer Expectation Test)<br>8.  Negligence |

1   Plaintiff Brian McKinney ("Plaintiff"), through undersigned counsel, brings this Class

2   Action Complaint against Defendants SanDisk LLC, SanDisk Manufacturing Americas, LLC, and

3   Western Digital Corporation (collectively, "Defendants"), and alleges the following based upon the

4   investigation of counsel, except as to allegations pertaining to Plaintiff, which are based upon

5   personal knowledge:

6   ## NATURE OF THE ACTION

7   1.     Plaintiff brings this action on his own behalf and on behalf of a class of consumers as

8   defined below to redress Defendants' unlawful and deceptive practice of introducing portable hard

9   drives into the stream of commerce that are "critically broken," as reported by consumers and news

10  outlets.

11  2.     Specifically, for at least the past four months, reports have proliferated of Defendants'

12  Extreme and Extreme PRO Portable SSDs ("solid state drives")—which can cost several hundred

13  dollars—"wiping" data without warning and often becoming entirely unreadable.   This leaves

14  owners of the hard drives without the files, raw data, or other media that they'd stored, either for

15  personal or professional purposes, on these devices.

16  3.     The cause of the defect is not known at present, and thus owners of these products

17  have know way of telling whether their specific hard drive is at risk of deleting data.  Thus, they are

18  left with the choice of continuing to use Defendants' hard drives and risking losing their data, or

19  else not using the hard drives at all, thereby losing the entirety of the value of their purchase.

20  4.     Defendants recently stated that a firmware fix for some—but not all—of their

21  defective hard drives will be published "to our website soon," but have provided no timeline for this

22  fix. Nor have they proactively alerted users of the risks associated with continued use.

23  5.     Further, Defendants *continue* to market their defective products (albeit at a steep

24  discount), without warning prospective purchasers of the defect.

25  6.     This action seeks to provide damages and related equitable relief to consumers harmed

26  by Defendants' conduct, pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*

27

28

1

**CLASS ACTION COMPLAINT**

**JURISDICTION AND VENUE**

7. This Court has personal jurisdiction over Defendants because Defendants are headquartered in California, and because they conduct substantial business in California from which the claims in this case arise.

8. Venue is proper in this Court because Defendants have conducted business and entered into transactions in this County, and the conduct at issue occurred in, and/or emanated from, in part, this County.

**PARTIES**

9. Plaintiff Brian McKinney is an individual, a resident of West Lafayette, Indiana, and a member of the Class alleged herein.

10. Defendants SanDisk LLC and SanDisk Manufacturing Americas, LLC (collectively, "SanDisk") are each a Delaware limited liability company, having their principal office in Milpitas, California, and are duly organized and existing pursuant to law. At all relevant times, SanDisk has been engaged in the marketing, distribution, and sale of the SanDisk Extreme Portable SSD and the SanDisk Extreme PRO Portable SSD in California and throughout the United States.

11. Defendant Western Digital Corporation ("Western Digital") is the parent company of SanDisk and is headquartered in San Jose, California. Western Digital has the same duties, responsibilities and liability under the law in designing, manufacturing and marketing the SanDisk Extreme Portable SSD and the SanDisk Extreme PRO Portable SSD at issue.

**FACTUAL ALLEGATIONS**

**A. Defendants' Defective SanDisk SSDs.**

12. Defendants develop, manufacture, and sell their SanDisk SSDs to consumers, marketing them as "[d]urable solid state drives to upgrade your computer and save more [data]."

2

**CLASS ACTION COMPLAINT**



**SSDs**

Durable solid state drives to upgrade
your computer and save more.

Fig. 1[1]

13.     Specific to the products at issue in this litigation—the SanDisk Extreme and SanDisk Extreme PRO Portable SSDs—Defendants make the following representations, *inter alia*:

**SanDisk Extreme PRO Portasble SSD**[2]

- **"**[P]rovides powerful solid state performance in a rugged, dependable storage solution."[3]

- **Fast and Dependable**
  Get powerful NVMe™ solid state performance featuring 2000MB/s read/write speeds in a portable drive that's reliable enough to take on any adventure.[4]

- **Professional-Grade Storage**
  From SanDisk, the brand professional photographers worldwide trust to handle best shots on their toughest assignments.[5]

- **Tough Enough to Take with You**
  Up to two-meter drop protection and IP55 water and dust resistance,  and a handy carabiner loop for securing to your belt or backpack all make this drive rugged enough to take anywhere.[6]

---

[1] https://www.westerndigital.com/brand/sandisk
[2] https://www.westerndigital.com/products/portable-drives/sandisk-extreme-pro-usb-3-2-ssd#SDSSDE81-4T00-G25
[3] *Id.*
[4] *Id.*
[5] *Id.*
[6] *Id.*

**CLASS ACTION COMPLAINT**

**SanDisk Extreme Portable SSD**[7]

- **Tough Storage That's Ready for Life**
- Your life's an adventure. The SanDisk Extreme Portable SSD fits your mobile lifestyle and accelerates every move.[8]

- **Powerful yet Portable**
  Get fast NVMe™ solid state performance featuring 1050MB/s[2] read and 1000MB/s[2] write speeds in a portable, high-capacity drive that's perfect for creating amazing content or capturing incredible footage.[9]

14. Defendants further warrant that their products—including the SanDisk Extreme and SanDisk Extreme PRO Portable SSDs—"will be free from defects in material and workmanship and will conform to [Defendants'] specification for the particular Product."[10]

15. Notwithstanding these representations, since at least the beginning of this year reports have proliferated of "panicked and disappointed users detailing experiences with recently purchased Extreme V2 and Extreme Pro V2 portable SSDs. Most users seemed to be using a 4TB model, but there were also complaints from owners of 2TB drives."[11]

16. In each instance, the users complained that the defective SSDs deleted stored data with no warning. As one user explained:

> Multiple DITs/Loaders/ACs on both coasts have experienced the exact same failure with these drives over the last month. The symptom seems to be that after a sustained write they will completely lose their filesystem and it's a total crap shoot [whether] you can recover it or not. The primary way you will see this is that the drive will unmount and you will not be able to get it to mount again, despite showing up in Disk Utility. You can sometimes recover it using DiskDrill's filesystem rebuild, but occasionally that does nothing. It persists with any filesystem type.[12]

17. Similarly, in another article covering the phenomenon, the author provides the following anecdote: "Over two months ago, my friend and *Verge* supervising producer Vjeran Pavic told me he'd lost an entire 4TB SanDisk Extreme Pro worth of video clips. Completely gone with no

---

[7] https://www.westerndigital.com/products/portable-drives/sandisk-extreme-usb-3-2-ssd#SDSSDE61-500G-G25
[8] *Id*.
[9] *Id*.
[10] "Worldwide Warranty Policy and Limitations" (available at https://support-en.wd.com/app/Warranty_Policy) Attached hereto as **Exhibit A.**
[11] https://arstechnica.com/gadgets/2023/05/sandisk-extreme-ssds-keep-abruptly-failing-firmware-fix-for-only-some-promised/
[12] *Id*.

4
**CLASS ACTION COMPLAINT**

trace…. SSD failure does happen, but something weirder was going on here — when he tried adding some of the files back, they started disappearing one by one."[13]

18.    While some believe that the defect is limited to a recent batch of drives, manufactured after November 2022[14], similar reports of drive failure and data loss stretch back for at least several years.  For example, on SanDisk's website forums, users posted, *inter alia*, the following complaints in 2021:

**SanDisk Extreme SSD just died for no reason? Still detected (noise) when I plug it in. Help**[15]

**Investor777**

So I bought the SANDISK EXTREME external SSD (500GB).
https://www.amazon.com/SanDisk-2TB-Extreme-Portable-SDSSDE61-2T00-G25/dp/B08HN37XC1/ref=sr_1_3?keywords=sandisk+ssd&qid=1637411593&sr=8-3 59
Supposedly resistant to shock, water, etc.
Barely used for 6 months. Stored it properly, never left office so zero damage.
All of the sudden, when I plug it in, instead of the file browser opening (with my files on drive), nothing happens. Interestingly:
I get the "windows sound" that USB detected that I plugged in the drive, in addition to the option in taskbar to "safely remove drive".
Drive shows up in device manager.
Drive shows up in "devices & printers" system page.
However:
Drive doesn't show in "removable media E:" in disk management.
Drive doesn't show in ThisPC where it should show.
Tested on another PC and its same thing. Makes the "you plugged in something" sound, but drive just isn't there.
Is the drive dead for no good reason? Seriously if it is, it's the last time I'm ever buying SanDisk. I feel like I got cheated. Spent over 100EUR on this and all data might me lost.

…

**Sergio_Bolo**

I think the same as you.
Reliability 0.
I have spent a lot of money and in less than 6 months, I have lost my data.
The exact same thing happened to me. I can't add anything.

**…**

**petr**

---

[13] https://www.theverge.com/2023/5/22/23733267/sandisk-extreme-pro-failure-ssd-firmware
[14] https://arstechnica.com/gadgets/2023/05/sandisk-extreme-ssds-keep-abruptly-failing-firmware-fix-for-only-some-promised/
[15] November, 2021 (available at https://forums.sandisk.com/t/sandisk-extreme-ssd-just-died-for-no-reason-still-detected-noise-when-i-plug-it-in-help/222976) A full copy of the forum complaints is attached hereto as **Exhibit B**.

**CLASS ACTION COMPLAINT**

Same thing here, my SanDisk Extreme V2 1TB External SSD just died on me yesterday after just under 5 months of use.
The SSD is not detectable by my Macbook Air at all, is detected by Windows but doesn't show in 'This PC / removable media E:' just as described above.
The customer support merely suggested requesting a replacement, seemingly without looking into the details of the issue at all.

…

**joewhitemusic**

Same here but the 2TB. I would be happy with a refund and never buy this brand again. However, I trusted SanDisk to hold all of my accumulated stock footage that I have spent a ton of money on. I had just "temporarily" removed my footage from my iCloud back-up to make room for a HUGE client shared folder. I am more than screwed here. Today I will be moving all of my current FCP and Resolve client project files off the 1TB extreme I am currently trusting with those. I REALLY want my money back and an apology.

19.    Nor is this an outlier.  Similar complaints go back as far as 2013:

**Sandisk Extreme 480GB - lost all data[16]**

**pro_networks**

Hi We have a Sandisk extreme that suddenly lost all of its filesystem,
Luckily we had a backup of data, after reinstalling windows, windows crashed and now chkdsk reports hundreds of errors.
A generic smart scan reports "204 soft ecc correction rate errors"
I cant find the link to sandik diagnostic utility to verify if this is faulty
2… do we RMA direct with dabs where it was purchased

20.    While complaints piled up, Defendants were silent. It was only within the last few days that they "now tacitly admit[] that [the] SanDisk Extreme Pro portable solid-state drives were critically broken after all."[17]   However, this was only in response to being contacted by a major media outlet—Ars Technica—for a response to a piece that the outlet was running on the defective SSDs.  Per the Ars Technica article, "When Ars contacted SanDisk about the issue, a company representative said:

Western Digital is aware of reports indicating some customers have experienced an issue with 4TB SanDisk Extreme and/or Extreme Pro portable SSDs (SDSSDE61-4T00 and SDSSDE81-4T00 respectively). We have resolved the issue and will publish a firmware update to our website soon. Customers with questions or who are experiencing issues should contact our Customer Support team for assistance.[18]

---

[16] January, 2013 (available at https://forums.sandisk.com/t/sandisk-extreme-480gb-lost-all-data/74139) A full copy of the forum complaints is attached hereto as **Exhibit C**.
[17] https://www.theverge.com/2023/5/22/23733267/sandisk-extreme-pro-failure-ssd-firmware
[18] https://arstechnica.com/gadgets/2023/05/sandisk-extreme-ssds-keep-abruptly-failing-firmware-fix-for-only-some-promised/

**CLASS ACTION COMPLAINT**

21.     Critically, this statement only addresses the 4TB models of the defective SSDs, and "SanDisk didn't answer [the outlet's] questions about refunds, whether or not the firmware would address issues with the 2TB models, what caused the issue, or when exactly this firmware fix will come."[19]

22.     Thus, at present, *all* owners of the defective SSDs are left without recourse. Defendants have provided no estimate as to when the firmware patch will be available, apart form stating that it will come "soon."  Further, the firmware patch only affects 4TB models of the defective SSDs, while many customers—including Plaintiff—own 2TB models that are suffer from the same defect.

23.     The damages suffered by consumers are significant—the lone purpose of these products is to store data, and the defect from which they suffer renders them incapable of this purpose.  As the Ars Technica reporter notes,

> Wiped drives and broken storage devices have a special knack for ruining someone's day. Many online complaints detail people spending hours trying to restore data (some unsuccessfully) and some seeing their work impacted.
>
> SanDisk's minimal response thus far is especially disappointing considering the popularity of SanDisk's Extreme portable SSDs. Many tech publications (including Ars in 2020) have recommended the drive. Its rugged build particularly appeals to users who don't want physical issues resulting in data loss. Turns out, it wasn't just drops and splashes of water they had to worry about.[20]

24.     Further, consumers have little recourse in the event that their products remain defective.  Defendants' warranty states: "YOUR EXCLUSIVE REMEDY FOR ANY DEFECTIVE PRODUCT IS LIMITED TO THE REPAIR OR REPLACEMENT OF THE DEFECTIVE PRODUCT."[21]

25.     However, at present, Defendants remain unable to repair any of the affected SSDs, and the promised repair will only affect a subset of the devices (i.e., only the 4TB models).  Thus, even assuming that the firmware update works, owners of the 2TB models will not be made whole with a repair (which is not available) or a replacement (with another potentially defective SSD).

---

[19] *Id.*
[20] *Id.*
[21] *See,* Ex. A.

**CLASS ACTION COMPLAINT**

26.     Moreover, this provision violates the federal Magnuson-Moss Warranty Act, which provides that, if a "product (or a component part thereof) contains a defect or malfunction after a reasonable number of attempts by the warrantor to remedy defects or malfunctions in such product, such warrantor must permit the consumer to elect either a refund for, or replacement without charge of, such product or part (as the case may be)." 15 U.S.C. § 2304(a)(4).  While Defendants may require consumers to first seek repair/replacement, they may not foreclose the possibility of a refund, particularly in a situation like this, in which a fix is not imminent for a large swath of the defective products.

**B. Defendants Continue to Sell Their Defective Product, Only Now at a Steep Discount.**

27.     Alarmingly, notwithstanding the fact that Defendants have no planned fix for their defective products, they now are attempting to offload them on unsuspecting consumers at drastic markdown (without mention of the critical defect).  Per one report, "I think it's time to sound the alarm — because this company has been downplaying the issue for months, all while it continues to sell these drives at a steep discount."[22]



Fig. 2[23]

[22] https://www.theverge.com/2023/5/22/23733267/sandisk-extreme-pro-failure-ssd-firmware
[23] https://www.theverge.com/2023/5/22/23733267/sandisk-extreme-pro-failure-ssd-firmware

8

**CLASS ACTION COMPLAINT**

**C.   Plaintiffs' Purchase of Defendants' Defective Product.**

28.    On or about June 19, 2020, Plaintiff purchased a SanDisk Extreme Portable SSD from Defendants, via Amazon.com ("Amazon"), for $320.99.

29.    SanDisk is an official retailer on Amazon, with its own "store" on the website, through which it offers its various products, including the SanDisk Extreme Portable SSD and the SanDisk Extreme PRO Portable SSD.[24]

30.    Plaintiff therefore purchased his SanDisk Extreme Portable SSD from an "authorized distributor or authorized reseller," as articulated in Defendants' warranty.

31.    Because of concerns over unexpected and complete loss of data on the SSD, due to the defects identified above, Plaintiff is no longer able to use his purchased product as intended—indeed, Plaintiff is no longer able to use his purchased product at all.

32.    Nor will Plaintiff be able to use his product for the foreseeable future.  Defendants have made no indication that any firmware update or comparable fix is planned for the 2TB models of their affected products.

## CLASS ALLEGATIONS

33.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth.

34.    Plaintiff brings this action on behalf of himself and all other similarly-situated persons as a class action pursuant to Code of Civil Procedure section 382.

35.    Plaintiff seeks to represent a class composed of and defined as follows (the "Class"):

**All persons in the United States who purchased a SanDisk Extreme and/or SanDisk Extreme PRO Portable SSD, within four years of the date of the filing of this Action through the present.**

36.    Plaintiff reserves the right to modify or refine the Class definition based upon discovery of new information or in order to accommodate any concerns of the Court.

37.    Specifically excluded from the proposed Class are Defendants, their officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees,

---

[24] *See,* https://www.amazon.com/stores/SanDisk/page/CD971F4B-EE23-4EA1-96E3-567678AC9C0A?ref_=ast_bln

9

**CLASS ACTION COMPLAINT**

successors, assigns, or other persons or entities related to or affiliated with Defendants and/or their officers and/or directors, or any of them. Also excluded from the proposed Class are the Court, the Court's immediate family and Court staff.

38.     **Ascertainable Class:** The members of the Class are readily ascertainable. The Class definition identifies a group of unnamed plaintiffs by describing a set of common characteristics sufficient to allow a member of that group to identify himself or herself as having a right to recover based on the description. Other than by direct notice, alternatively proper and sufficient notice of this action may be provided to Class members through notice published in newspapers or other publications.

39.     **Numerosity:** The proposed Class is so numerous that joinder of all members would be impracticable.  The precise number of Class members is unknown at this time but can be readily determined from public records and Defendants' records. Plaintiff reasonably estimates that the Class is likely to include over 200 members[25].

40.     **Commonality and Predominance:** A well-defined community of interest in the questions of law or fact involving and affecting all members of the Class exists, and common questions of law or fact are substantially similar and predominate over questions that may affect only individual Class members. The questions of law and fact common to Plaintiffs and the Class include, among others, the following:

a)   Whether Defendants' SanDisk Extreme and SanDisk Extreme PRO Portable SSDs are defective;

b)   Whether Defendants violated the unfair and/or fraudulent prongs of the UCL;

c)   Whether Defendants are liable under Plaintiffs' theories of product liability;

d)   Whether Defendants breached express or implied warranties regarding the SanDisk Extreme and SanDisk Extreme PRO Portable SSDs;

e)   Whether Defendants were unjustly enriched;

f)   Whether Defendants' conduct caused Plaintiff and the Class to suffer economic harm;

_____

[25] *See, e.g.,* Johnson v. Dispensaries, 2022 Cal. Super. LEXIS 76537, *12 ("The Court notes there are 161 class members, which satisfies the numerosity prong.")

**CLASS ACTION COMPLAINT**

g) Whether Plaintiff and the Class are entitled to injunctive relief;

h) Whether Plaintiff and the Class are entitled to damages and, if so, the appropriate measure; and,

i) Whether Plaintiff and the Class are entitled to declaratory and/or other equitable relief.

41. **Typicality:** Plaintiff is a member of the Class he seeks to represent. Plaintiff's claims are typical of the Class members' claims because they all were injured as a result of Defendants' conduct.

42. **Adequacy of Representation:** Plaintiff is an adequate representative of the Class he seeks to represent and will fairly and adequately protect the interests of the Class. Plaintiff is committed to the vigorous prosecution of this action and has retained competent counsel, experienced in litigation of this nature, to represent him and the Class. There are no conflicts between Plaintiff and the unnamed Class members. Plaintiff anticipates no difficulty in the management of this litigation as a class action.

43. To prosecute this case, Plaintiff has chosen the undersigned counsel, which is very experienced in class action litigation and has the financial and legal resources to meet the substantial costs and legal issues associated with this type of litigation.

44. **Superiority.** A class action is superior to individual actions in part because of the non-exhaustive factors listed below:

a) Joinder of all class members would create extreme hardship and inconvenience for class members as they reside throughout the state;

b) Individual claims by class members are impractical because the costs to pursue individual claims may exceed the value of what any one class member has at stake. As a result, individual class members may have no interest in prosecuting and controlling separate actions;

c) There are no known individual class members who are interested in individually controlling the prosecution of separate actions;

d) The interests of justice will be well served by resolving the common disputes of potential class members in one forum;

11

e)  Individual suits would not be cost effective or economically maintainable as

individual actions; and

f)  This action is manageable as a class action.

45.   The Class is not so large that it would be unmanageable, and no difficulties are foreseen providing notice to individual claimants. Class members can be readily identified using records and information kept by Defendants in the usual course of business and within their control.

46.   **Final Declaratory or Injunctive Relief**.  Plaintiff also satisfies the requirements for maintaining a class seeking declaratory and/or injunctive relief.  Defendants have acted or refused to act on grounds that apply generally to the proposed Class, making final declaratory or injunctive relief appropriate with respect to the proposed Class as a whole.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
**Violations of the Unfair Competition Law – Unfair Prong**
**California Bus. and Prof. Code § 17200, et seq.**
**(On Behalf of the Class)**

47.   Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

48.   Plaintiff brings this claim under the 'unfair' prong of the UCL, on behalf of himself and the Class, who were subject to Defendants' above-described unfair conduct.

49.   Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth herein. Specifically, prior to filing this action, Plaintiff purchased Defendants' SanDisk Extreme Portable SSD. In so doing, he was unaware that this product suffered from a serious defect that would lead it to delete Plaintiff's data stored thereon, without warning. Plaintiff was harmed by Defendants' conduct because he would not have purchased the SanDisk Extreme Portable SSD had he known of this defect.

50.   Defendants' business practices, as alleged herein, are unfair because their conduct in selling the Extreme and Extreme PRO Portable SSDs is immoral, unethical, oppressive,

unscrupulous or substantially injurious to consumers. The gravity of the harm to consumers is not outweighed by the utility of Defendants' conduct.

51.   Defendants' business practices are also unfair because they undermine public policy, which is tethered to specific statutory provisions, including but not limited to the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*) and the Song-Beverly Consumer Warranty Act (Cal Civ Code § 1790, *et seq.*).

52.   Lastly, Defendants' business practices are unfair because: (1) the injury to the consumer is substantial; (2) the injury is not outweighed by any countervailing benefits to consumers or competition; and (3) consumers could not reasonably have avoided the injury because they did not know the Extreme and Extreme PRO Portable SSDs were subject to the defect described above.

53.   There were reasonably available alternatives to further Defendants' legitimate business interests, other than the conduct described above.

54.   Defendants' unfair business practices constituted, and constitute, a continuing course of conduct of unfair competition since Defendants are continuing to sell the Extreme and Extreme PRO Portable SSDs.

55.   Pursuant to section 17203 of the UCL, Plaintiff and the Class seek restitution and an order of this Court enjoining Defendants from engaging in the unfair business practices alleged herein in connection with the sale of the Extreme and Extreme PRO Portable SSDs.

56.   Specifically, Plaintiffs seek injunctive relief compelling Defendants to (1) recall the Extreme and Extreme PRO Portable SSDs currently in distribution and (2) permanently refrain from releasing into the stream of commerce SSDs that pose a risk of deleting data without warning.

**SECOND CAUSE OF ACTION**
**Violations of the Unfair Competition Law – Fraudulent Prong**
**California Bus. and Prof. Code § 17200, et seq.**
**(On Behalf of the Class)**

57.   Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

58.     Defendants have engaged in numerous fraudulent statements and omissions in connection with the release and sale of the Extreme and Extreme PRO Portable SSDs.

59.     Defendants affirmatively sought to deceive the public by representing, and causing to be represented in the media, that the Extreme and Extreme PRO Portable SSDs are reliable storage devices for customers' data.  Such representations were false, however, as the Extreme and Extreme PRO Portable SSDs have subsequently proven to contain a defect that renders them unsuitable for their sole purpose—to wit, storing data.  This deceptive representation had its intended effect, and further still has the likelihood of deceiving these same entities, by and large.

60.     Further, Defendants continue to sell the Extreme and Extreme PRO Portable SSDs, omitting from said sale of the products their risk of deletion of data stored on the SSDs, without warning.

61.     These misrepresentations and omissions were an immediate cause—if not the predominant, decisive or even sole factor—of the injury-producing conduct.

62.     Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendants' actions as set forth herein. Specifically, prior to filing this action, Plaintiff purchased Defendants' SanDisk Extreme Portable SSD. In so doing, he was unaware that this product suffered from a serious defect that would lead it to delete Plaintiff's data stored thereon, without warning. Plaintiff was harmed by Defendants' conduct because he would not have purchased the SanDisk Extreme Portable SSD had he known of this defect.

63.     Pursuant to section 17203 of the UCL, Plaintiff and the Class seek restitution and an order of this Court enjoining Defendants from engaging in the unfair business practices alleged herein in connection with the sale of the Extreme and Extreme PRO Portable SSDs.

64.     Specifically, Plaintiffs seek injunctive relief compelling Defendants to (1) recall the Extreme and Extreme PRO Portable SSDs currently in distribution and (2) permanently refrain from releasing into the stream of commerce SSDs that pose a risk of deleting data without warning.

**THIRD CAUSE OF ACTION**
**Unjust Enrichment**
**(On Behalf of the Class)**

65.  Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

66.  Defendants should have never sold the Extreme and Extreme PRO Portable SSDs because they contain a defect that renders them unfit for use.

67.  As a result of Defendants' selling the Extreme and Extreme PRO Portable SSDs, Defendants received a benefit which was conferred upon them by Plaintiff and the Class (and/or at their expense), and it is unjust for Defendants to retain that benefit.

68.  Under the circumstances, it is against equity and good conscience to permit Defendants to retain the ill-gotten benefits that they received from Plaintiff and Class members.

69.  As a direct and proximate result of Defendants' actions, Defendants have been unjustly enriched. Plaintiff and Class members have a right to restitution in an amount to be proven at trial.

**FOURTH CAUSE OF ACTION**
**Breach of Express Warranty**
**(On Behalf of the Class)**

70.  Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

71.  Defendants provide a written limited warranty for the SanDisk Extreme and SanDisk Extreme PRO Portable SSDs that states, *inter alia*, that the SanDisk Extreme and SanDisk Extreme PRO Portable SSDs "will be free from defects in material and workmanship and will conform to WD's specification for the particular Product."

72.  Defendants breached these warranties, as described in more detail above. The SanDisk Extreme and SanDisk Extreme PRO Portable SSDs exhibit a defect that renders them useless to Plaintiff and Class members. These products share a common defect that causes or allows the data stored thereon to spontaneously be erased under circumstances in which data stored on non-defective SSDs would not be erased. These failures are occurring within the warranty terms and period.

73.     Defendants further breached their written warranty by not repairing and replacing the defective products.

74.     Additionally, Defendants' written warranty is unlawful because it precludes the refund of the purchase price of defective products under any circumstances.  This proscription is particularly egregious in this instance, as Defendant cannot repair the defect at issue for at least the 2TB models of the affected products, and to date has refused to provide a date certain for the purported fix for the 4TB models of the affected products.  Because these devices cannot be repaired, and replacement will only subject Plaintiff and Class members to continued risk of data loss.

75.     Affording Defendants a reasonable opportunity to cure their breach of written warranties would be unnecessary and futile here. Indeed, Defendants have long been on notice of the claims of Plaintiff and Class members and have refused to provide a remedy.

76.     At the time of sale each SanDisk Extreme and SanDisk Extreme PRO Portable SSD, Defendants knew, should have known, or were reckless in not knowing of their misrepresentations and omissions concerning the products' defects and inability to perform as warranted, but nonetheless failed to rectify the situation and/or disclose the defects. Under the circumstances, the remedies available under any informal settlement or notice procedure would be inadequate and any requirement that Plaintiffs resort to an informal dispute resolution procedure and/or afford Defendants a reasonable opportunity to cure its breach of warranties is excused and thereby deemed satisfied.

77.     Plaintiff, individually and on behalf of all members of the Classes, seek all damages permitted by law in an amount to be proven at trial, as well as attorney's fees, costs, and declaratory, injunctive, and all other available equitable relief.

**CLASS ACTION COMPLAINT**

**FIFTH CAUSE OF ACTION**
**Breach of Implied Warranty**
**(On Behalf of the Class)**

78.    Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

79.    Plaintiff purchased one of the Extreme and/or Extreme PRO Portable SSDs from Defendants.

80.    At the time of purchase, Defendants were in the business of selling these goods or by occupation held themselves out as having special knowledge or skill regarding these goods.

81.    However, the Extreme and Extreme PRO Portable SSDs are not of the same quality as comparable goods generally acceptable in the trade; not fit for the ordinary purposes for which such goods are used; and did not conform to the quality established by the parties' prior dealings or by usage of trade.

82.    As a result, Plaintiff and Class members were harmed.

83.    The failure of the Extreme and Extreme PRO Portable SSDs to have the expected quality was a substantial factor in causing Plaintiff's and Class members' harm.

84.    Plaintiff, individually and on behalf of all members of the Classes, seek all damages permitted by law in an amount to be proven at trial, as well as attorney's fees, costs, and declaratory, injunctive, and all other available equitable relief.

**SIXTH CAUSE OF ACTION**
**Strict Liability - Manufacturing Defect**
**(On Behalf of the Class)**

85.    Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

86.    Defendants' Extreme and Extreme PRO Portable SSDs contain a manufacturing defect.

87.    Defendants manufactured, distributed, and sold the Extreme and Extreme PRO Portable SSDs.

**CLASS ACTION COMPLAINT**

88.     The Extreme and Extreme PRO Portable SSDs contain a manufacturing defect when it left Defendant's possession.

89.     Plaintiff and Class members suffered harm as a result of the defect, including, *inter alia*, lost or compromised data and inability of the continued use of the Extreme and Extreme PRO Portable SSDs.

90.     The defect in the Extreme and Extreme PRO Portable SSDs was a substantial factor in causing Plaintiff's and Class members' harm.

91.     Plaintiff, individually and on behalf of all members of the Classes, seek all damages permitted by law in an amount to be proven at trial, as well as attorney's fees, costs, and declaratory, injunctive, and all other available equitable relief.

### SEVENTH CAUSE OF ACTION
**Strict Liability – Design Defect – Consumer Expectation Test**
**(On Behalf of the Class)**

92.     Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

93.     Defendants manufacture, distribute, and sell the Extreme and Extreme PRO Portable SSDs.

94.     The Extreme and Extreme PRO Portable SSDs contain a manufacturing defect (which they contained when it left Defendant's possession).

95.     The Extreme and Extreme PRO Portable SSDs did not and do not perform as an ordinary consumer would have expected them to perform when used or misused in an intended or reasonably foreseeable way.

96.     Plaintiff and Class members suffered harm as a result of this failure to perform, including, *inter alia*, lost or compromised data and inability of the continued use of the Extreme and Extreme PRO Portable SSDs.

97.     The defect in the Extreme and Extreme PRO Portable SSDs was a substantial factor in causing Plaintiff's and Class members' harm.

**CLASS ACTION COMPLAINT**

98.     Plaintiff, individually and on behalf of all members of the Classes, seek all damages permitted by law in an amount to be proven at trial, as well as attorney's fees, costs, and declaratory, injunctive, and all other available equitable relief.

## EIGHTH CAUSE OF ACTION
### Negligence
### (On Behalf of the Class)

99.     Plaintiff re-alleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

100.    Defendants designs, manufactures, supplies, and/or inspects the Extreme and Extreme PRO Portable SSDs, and Defendants have been negligent in so doing.

101.    Plaintiff and Class members suffered harm as a result of this negligence, including, *inter alia*, lost or compromised data and inability of the continued use of the Extreme and Extreme PRO Portable SSDs.

102.    Defendants' negligence was a substantial factor in causing Plaintiff's and Class members' harm.

103.    Plaintiff, individually and on behalf of all members of the Classes, seek all damages permitted by law in an amount to be proven at trial, as well as attorney's fees, costs, and declaratory, injunctive, and all other available equitable relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the members of the Class defined herein, pray for judgment and relief on his Cause of Action as follows:

A.      An order certifying that the action may be maintained as a Class Action;

B.      An order enjoining Defendants from pursuing the policies, acts, and practices complained of herein;

C.      Pre-judgment interest from the date of filing this suit;

D.      Damages;

E.      Reasonable attorneys' fees;

19
**CLASS ACTION COMPLAINT**

1    F.      Costs of this suit; and

2    G.      Such other and further relief as the Court may deem necessary or appropriate.

3

4                                    **JURY DEMAND**

5         Plaintiff and the Class by counsel hereby request a trial by jury as to all issues so triable.

6    August 29, 2023                          Respectfully submitted,

7

8                                             _____

9                                             Gillian L. Wade
                                              Sara D. Avila
10                                            Marc A. Castaneda
                                              **MILSTEIN JACKSON FAIRCHILD & WADE,**
11                                            **LLP**
                                              Gillian L. Wade, State Bar No. 229124
12                                            gwade@mjfwlaw.com
                                              Sara D. Avila, State Bar No. 263213
13                                            savila@mjfwlaw.com
                                              Marc A. Castaneda, State Bar No. 299001
14                                            mcastaneda@mjfwlaw.com
                                              10990 Wilshire Blvd., 8th Floor
15                                            Los Angeles, California 90024
                                              Tel: (310) 396-9600
16                                            Fax: (310) 396-9635

17
                                              **wh LAW**
18                                            David Slade
                                              slade@wh.law
19                                            1 Riverfront Place, Suite 745
                                              North Little Rock, AR 72114
20                                            Telephone:  501.891.6000
                                              Facsimile:  501.222.3027
21
                                              *Counsel for Plaintiff and the Proposed Class*
22

23

24

25

26

27

28

**CLASS ACTION COMPLAINT**

# EXHIBIT A

‹ To WD.com

Contact Us · Log In | Register Now

Product Support     Downloads     **WD SUPPORT**     Warranty & Returns     My Support

**WELCOME TO WD SUPPORT**

Search our Knowledge Base / Community

**COVID-19 COMMUNICATION UPDATES: WESTERN DIGITAL CUSTOMER SUPPORT**

# WORLDWIDE WARRANTY POLICY AND LIMITATIONS

Western Digital ("WD") values your business and always attempts to provide you the very best of service.

No limited warranty is provided by WD unless your WD Product ("Product") was purchased from an authorized distributor or authorized reseller. Distributors may sell Products to resellers who then sell Products to end users. Please see below for warranty information or obtaining service. No warranty service is provided unless the Product is returned to an authorized return center in the region (warranty regions are identified as Canada, U.S.A., Latin America, Europe, Middle East, Africa, Asia Pacific, India and Thailand) where the Product was first shipped by WD, which may have regional specific warranty implications.

If your Product was purchased as a component integrated within a system by a system manufacturer, no limited warranty is provided by obtaining service. No warranty service is provided unless the Product is returned to an authorized return center in the region (warranty regions are identified as Canada, U.S.A., Latin America, Europe, Middle East, Africa, Asia Pacific, India and Thailand) where the Product was first shipped by WD, which may have regional specific warranty implications.

If your Product was purchased as a component integrated within a system by a system manufacturer, no limited warranty is provided by WD. Please contact the place of purchase or the system manufacturer directly for warranty service.

Warranty Policy for Australia and New Zealand

**Warranty Replacement**

No Product may be returned directly to WD without first contacting WD for a Warranty Replacement number. If it is determined that the Product may be defective, you will be given a Warranty Replacement number and instructions for Product return. An unauthorized return, i.e. one for which an Warranty Replacement number has not been issued, will be returned to you at your expense. Authorized returns are to be shipped prepaid and insured to the address on the Warranty Replacement in an **approved shipping container** Your original box and packaging materials should be kept for storing or shipping your Product. If upon inspection of your returned Product WD suspects fraud or deems such Product to be counterfeit, WD may, in its sole discretion, confiscate such Product or take such other actions as it deems necessary. To request a Warranty Replacement, please click here.

**Embargoed countries ineligible for Warranty Replacement services**
Current US governmental regulations prevent us from doing business with customers in the following countries and regions

| | |
|---|---|
| North Korea | Iran |
| Sudan | Syria |
| Cuba | Russia |
| Belarus | Luhansk, Crimea, Donetsk Regions of Ukraine |

If your country is not in the embargoed list and you cannot create a Warranty Replacement, please contact a Western Digital distributor in that country for product replacement. For a complete list authorized distributors worldwide, please see our list of authorized distributors.

**Warranty Limitations**

WD's limited warranty provides that, subject to the following limitations, each Product will be free from defects in material and workmanship and will conform to WD's specification for the particular Product.

**Limitation of Remedies**

YOUR EXCLUSIVE REMEDY FOR ANY DEFECTIVE PRODUCT IS LIMITED TO THE REPAIR OR REPLACEMENT OF THE DEFECTIVE PRODUCT.

WD may elect which remedy or combination of remedies to provide in its sole discretion. WD shall have a reasonable time after determining that a defective Product exists to repair or replace a defective Product. WD's replacement Product under its limited warranty will be manufactured from new and serviceable used parts. WD's warranty applies to repaired or replaced Products for the balance of the applicable period of the original warranty or ninety days from the date of shipment of a repaired or replaced Product, whichever is longer.

**Limitation of Damages**

WD'S ENTIRE LIABILITY FOR ANY DEFECTIVE PRODUCT SHALL IN NO EVENT EXCEED THE PURCHASE PRICE FOR THE DEFECTIVE PRODUCT. THIS LIMITATION APPLIES EVEN IF WD CANNOT OR DOES NOT REPAIR OR REPLACE ANY DEFECTIVE PRODUCT AND YOUR EXCLUSIVE REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

**No Consequential or Other Damages**

NOTWITHSTANDING ANYTHING ELSE IN THIS POLICY OR OTHERWISE, WD WILL NOT BE LIABLE WITH RESPECT TO THE PRODUCTS UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY (I) FOR ANY AMOUNT IN EXCESS

**Retail Support**

- Ask a Question
- Warranty Status
- RMA Status
- My Support Portal
- RMA Status
- My Support Portal
- Product Registration
- Ask the Community
- Warranty Services
- Western Digital Store Order Status

UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER THEORY EXCEED THE AMOUNT OF THE PURCHASE PRICE FOR THE DEFECTIVE PRODUCT OR (II) FOR ANY GENERAL, CONSEQUENTIAL, PUNITIVE, INCIDENTAL OR SPECIAL DAMAGES. THESE INCLUDE LOSS OF RECORDED DATA, INTERRUPTION OF USE, THE COST OF RECOVERY OF LOST DATA, LOST PROFITS AND THE COST OF THE INSTALLATION OR REMOVAL OF ANY PRODUCTS, THE INSTALLATION OF REPLACEMENT PRODUCTS, AND ANY INSPECTION, TESTING, OR REDESIGN CAUSED BY ANY DEFECT OR BY THE REPAIR OR REPLACEMENT OF PRODUCTS ARISING FROM A DEFECT IN ANY PRODUCT. THIS SECTION DOES NOT LIMIT LIABILITY FOR BODILY INJURY OF A PERSON.

IN THE UNITED STATES, SOME STATES DO NOT ALLOW EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE LIMITATIONS ABOVE MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

**Your Use of the Product**

WD will have no liability for any Product returned if WD determines that:

- The product was stolen from WD.
- The asserted defect:
  - is not present,
  - cannot reasonably be fixed because of damage occurring when the Product is in the possession of someone other than WD, or
  - is attributable to misuse, improper installation, alteration (including removing or obliterating labels and opening or removing external covers (unless authorized to do so by Western Digital or an authorized Service Center)), accident or mishandling while in the possession of someone other than WD.
- The Product was not sold to you as new.
- The product was not used in accordance with Western Digital specifications and instructions.
- The product was not used for its intended function (for example, desktop drives used in an Enterprise environment).

**Additional Limitations on Warranty**

Western Digital's warranty does not cover Products which have been received improperly packaged, altered, or physically damaged. Products will be inspected upon receipt. Here are some examples of Products that Western Digital will not accept for warranty claim

- **Packaging**
  - Improperly packaged
  - Non-qualified shipping container
- **Alterations**
  - Counterfeit label(s)
  - Customer added jumper wires
  - Incorrect PCBA/HDA pair
  - Labels have been switched:
    1. True Western Digital label on non-Western Digital drive
    2. True Western Digital label on different capacity Western Digital Drive
  - Labels exhibit tampering
  - Label missing standard printing such as UL or capacity
  - Missing barcode or top cover label
  - No tape seal – (non-authorized data recovery sticker)
  - Serial number on top cover does not match barcode on end
  - Western Digital labels or breather filter holes obscured by customer applied stickers
- **Damage**
  - Broken pins on connector
  - Connector(s) are damaged, cracked, missing or broken
  - Cracked components on the circuit board
  - Dented base casting
  - Torn or punctured tape seal
  - Dented top cover
  - Deep scratch
  - Loose, damaged, or missing screws
  - Lifted or punctured servo clock hole (SCSI)
  - Missing servo clock hole (SCSI)
  - Missing PCBA (Circuit Board)
  - Obscured breather filter holes
  - Punctured at servo writer access port
  - Punctured inspect pivot seal
  - Scratch exposing copper trace
  - Stripped mounting hole threads

If an alphabetic character appears after the Product date code (example: 05 Apr 99 X), the Product has been re-certified and may not be subject to the terms of WD's warranty as it applies only to products sold as new.

## Warranty Policy

Retail Kits that are assembled and branded by Western Digital, along with internal drives sold as "Component Drives" (internal hard drives that WD sold and specifically did not package as part of a Western Digital assembled and branded retail kit), come with a limited warranty. Please refer to the following warranty tables for basic product warranty information. Depending on the type of sales transaction, product warranty may differ from the general warranty information listed below.

| USA, Canada and Latin America | Europe, Middle East and Africa | Asia Pacific and India |
|---|---|---|

### The Americas

| Product | Product Designator | Component Drive[1] | Retail Kit |
|---|---|---|---|
| **Enterprise Drives:** | | | |
| WD Raptor, WD RE, WD RE+, WD RE2, WD RE2-GP, WD RE3, WD RE4, WD RE4-GP, WD VelociRaptor, WD RE SAS, WD SE | GD, SD, SB, YD, YR, YS, ADFD, ADFS, BLFS, BLHX, BHTZ, CHTZ, GLFS, HLFS, HLHX, HHTZ, DHTZ, ABPS, ABYS, ABYX, ABYZ,  AYPS, AYYS, FXYZ,  FBYX,  FYPS, FYPX, FYYS, FYYZ, FYYG, F9YZ, FSYZ, FRPZ | 5-year | 5-year |
| WD VelociRaptor | WDBACN | N/A | 5-year |
| WD Gold | KRYZ, FRYZ, FBYZ | 5-year | 5-year |
| WD VelociRaptor | WDBACN | N/A | 5-year |
| WD Gold | KRYZ, FRYZ, FBYZ | 5-year | 5-year |
| WD XE SAS Hard Drive | BKFG, BKHG, BKFF, HKHG | 5-year | N/A |
| **Small Office Storage Server:** | | | |
| WD Sentinel DS6100, DS5100 | WDBWVL, WDBYVE | N/A | 1-year |
| WD Sentinel RX4100 | WDBLVH | N/A | 3-year |
| WD Sentinel DX4000 | WDBLGT | N/A | 3-year |
| WD Sentinel Drive Kit | WDBYBL, WDBBDN, WDBNSH | N/A | 3-year |
| **NAS:** | | | |
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My Cloud PR2100 | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBNFA, WDBBCL | N/A | 3-year (populated) |
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My Cloud PR2100 | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBVBZ, WDBNFA, WDBBCL | N/A | 2-year (diskless) |
| My Cloud, My Cloud Mirror, My Cloud Mirror (Gen 2), My Cloud EX2, My Cloud EX4, My Cloud Home, My Cloud Home Duo | WDBCTL, WDBZVM, WDBWVZ, WDBVKW, WDBWWD, WDBVXC, WDBMUT | N/A | 2-year |
| WD Red Pro | FFSX, FFWX, KFGX, KFBX, FFBX | 5-year | 5-year |
| WD Red Plus 3.5-inch | EFPX, EFFX, EFRX, EFZX, EFAX, EFBX, EFGX | 3-year | 3-year |
| WD Red  3.5-inch | WDBMMA | N/A | 3-year |
| WD Red 2.5-inch | JFCX, BFCX | 3-year | 3-year |
| **Networking:** | | | |
| My Net Switch, My Net N600, My Net N750, My Net N900, WD Livewire, My Net WiFi Range Extender, My Net AC1300 Router, My Net AC Bridge | WDBJVC, WDBEAV, WDBAJA, WDBWVK, WDBABY, WDBAPK, WDBWNJ, WDBMRD | N/A | 1-year |
| My Net N900 Central | WDBKSP | N/A | 2-year |
| **Desktop Drives:** | | | |

| | | | |
|---|---|---|---|
| WD Purple | PURX,PURZ,PURP | 3-year | 3-year |
| WD Purple Pro | PURP | 5-year | 5-year |
| WD Black | AAEX, AALS, FAEX, FAES, FALS, FASS, AALX, AZEX, FZEX | 5-year | 5-year |
| WD Black | WDBAAZ, WDBMBE. WDBSLA | N/A | 5-year |
| WD Black | FZWX, FZBX, | 5-year | N/A |
| WD Black SSHD | 12XJ, L12X, J13T, | 5-year | N/A |
| WD Blue (WD Caviar, WD Caviar SE, WD Caviar SE16, WD Caviar Blue) | BB, LB, JB, PB, JD, JS, KS, KD, KS, ABKS, AABS, AAJS, AAKS, AABB, AAJB, AAKB, AAKX, AALX, AZEX, AZLX, EALX, EZEX, EALS | 2-year | 3-year |
| WD Blue | WDBAAV, WDBAAW, WDBAAX | N/A | 3-year |
| WD Blue | WDBH2D, AZRZ, EZAZ, EZRZ,EZBX, EARZ | N/A | 2-year |
| WD Blue SSHD | WD40E31X | 3-year | 3-year |
| WD Raptor X | AHFD | 5-year | 5-year |
| WD Green (WD Caviar GP, WD Caviar Green) | EACS, EADS, AACS, AADS, EARS, EARX, EZRX, NPVX, AZRX | 2-year | 3-year |
| WD Green | WDBAAY | N/A | 3-year |
| **Mobile Drives:** | | | |
| WD Black | BPKT, BPKX, BEKT, BEKX, BJKT, SPSX, JPLX | 5-year | 5-year |
| WD Black | WDBABD | N/A | 5-year |
| WD Blue | VE, UE, BEAS, BEVS, BEVE, BEVT, KEVT, TEVT, BPVT, BPVX, JPVT, JPVX, LPVT, LPVX, TPVT, SPCX, LPCX, MPCK, SPZX, LQVX | 2-year | 3-year |
| WD Blue | WDBABA, WDBABB, WDBABC, WDBMYH | N/A | 2-year |
| WD Blue SSHD | WD10J31X | 3-year | 3-year |
| WD Green | NPVT | 2-year | N/A |
| **CE Drives:** | | | |
| WD AV, WD AV-GP, WD AV-25 | AVBS, AVJS, AVBB, AVJB, EVCS, EURS, AVCS, AVVS, BUDT, EVVS, JUCT, BUCT, EURX, EUCX, AUDX, AURS | 3-year | 3-year |
| **External Drives:** | | | |
| WD ShareSpace™ | WDA4NC | N/A | 3-year |
| My Passport Elite, My Passport Studio | WDML, WDMT, WDMS | N/A | 5-year |
| My Book for Mac, My Book VelociRaptor Duo, My Book Thunderbolt Duo, My Book Mirror, My Book Pro, My Book Pro II, My Book World, My Book World II, My Book Studio, My Book Studio II, My Book Home, My Book Office, My Book Elite, My Book Studio, My Book Studio LX, My Book Live, My Book Duo, My Book Duo Pro, My Book | WDBYCC, WDBUWZ, WDBUPB, WDBUSK, WDH2U, WDG1T, WDG2TP, WDG1NC, WDH1NC, WDG2NC, WDH2NC, WDH1Q,, WDH2Q,, WDH1CS, WDH1B, WDBAAH, WDBAAJ, WDBC3G, WDBACH, WDBACG, WDBCPZ, BDTB, WDBUTV, WDBFBE, WDBRMH, WDBFBE, WDBDFM, WDBBGB | N/A | 3-year |

Pro, My Book

| | | | |
|---|---|---|---|
| WD Elements SE, WD Elements, My Book Essential, My Book Mac Edition, My Book Premium, My Book Premium ES, My Book Premium II | WDBUZG, WDBU6Y, WDBBJH, WDBABV, WDE1U, WDE1MS, WDBAAU, WDBPCK, WDBAAR, WDG1U, WDH1U, WDG1C, WDG1SU, WDG2T | N/A | 1-year |
| WD Elements SE, WD Elements Desktop, My Book, My Book Live Duo, My Book Essential, My Book for Mac, My Book 3.0 | WDBEPK, WDBJRT, WDBFJK, WDBVHT, WDBAAF, WDBACW, WDBAAG, WDBAAK, WDBABP, BLWE | N/A | 2-year |
| WD Elements Desktop | WDBWLG | N/A | 2-year |
| WD Backup Drive Desktop | WDBMLE | N/A | 3-year |
| My Passport Essential, My passport Essential SE, My Passport for Mac, My Passport Elite, My Passport Edge for Mac, My Passport Ultra, My Passport Slim, My Passport Air, My Passport Ultra Metal, My Passport Ultra Premium, My Passport X, My Passport (Works with PlayStation 4), My Passport Ultra (USB-C), My Passport Ultra for Mac (USB-C) | WDME, WDBACX, WDMEA, WDBAAC, WDBKKF, WDBGCH, BCGL, WDBJBH, WDBMWV, WDBZFP, WDBPGC, WDBLNP, WDBJNZ, WDBGMT, WDBPDZ, WDBBLW, WDBWDG, WDBZYL, WDBLUZ, WDBTYH, WDBEZW, WDBGPU, WDBBKD, WDBJBS, WDBCRM, WDBZGE, WDBC3C, WDBFTM, WDBPMV, WDBFKT, WDBTLG | N/A | 3-year |
| My Passport Studio | WDBAAE, WDBALG, WDBK8A, WDBS8P, WDBGJA, WDBU4M | N/A | 3-year |
| My Passport, My Passport Essential, My Passport Essential SE, My Passport for Mac, My Passport AV, My Passport SE for Mac, My Passport Edge, My Passport Enterprise, My Passport Pro (Duo), My passport carrying case, My Passport Wireless, My Passport Wireless Pro, My Passport Wireless SSD | WDBY8L, WDBBEP, WDBACX, WDBKXH, WDBAAA, WDBACY, WDBABM, WDBAAB, WDBBXV, WDBL1D, WDBABS, WDBABW, WDBK6Z, WDBHEZ, WDBRNB, WDBABK, WDBDAF, WDBK8Z, WDBLJT, WDBSMT, WDBP2P, WDBAMJ | N/A | 2-year |
| My Passport, My Passport for Mac, WD Gaming Drive (Works with PlayStation 4), My Passport Go, My Passport SSD, WD Gaming Drive Accelerated for Xbox | WDBS4B, WDBBEX, WDBUAX, WDBYFT, WDBYFT, WDBYNN, WDBP6A, WDBTYW, WDBUKK, WDBM1M (-WESN), WDBDFF (-WESN), WDBY9Y (-WESN), WDBKVX, WDBKE3, WDBA4V | N/A | 3-year |
| My Passport SSD | WDBAGF | N/A | 5-year |
| My Passport AV-TV | WDBHDK (-PESN) | N/A | 3-year |
| My Passport AV-TV | WDBHDK (-EESN) | N/A | 2-year |
| **WD Elements Portable:** | | | |
| WD Elements Portable | WDBUZG (-SESN / -CESN), WDBU6Y (-SESN / -CESN) | N/A | 3-year |
| WD Elements Portable | WDBUZG (-WESN / -EESN), WDBU6Y (-WESN / -EESN) | N/A | 2-year |

| | | | |
|---|---|---|---|
| WD Elements Portable | WDBUZG (-NESN), WDBU6Y (-NESN) | N/A | 1-year |
| WD Elements SE Portable SSD | WDBAYN | N/A | 3-year |
| **WD easystore:** | | | |
| WD easystore Portable | WDBKUZ | N/A | 2-year |
| WD easystore Desktop | WDBDNK, WDBCKA | N/A | 2-year |
| WD easystore SSD | WDBAGU | N/A | 2-year |
| WD easystore SSD | WDBAYN | N/A | 3-year |
| WD easystore USB 3.0 Flash Drive | SDUSBES3 | N/A | 2-year |
| **Home Entertainment:** | | | |
| WD TV, WD TV Mini, WD TV Live, WD TV Live Plus, WD TV Live Streaming, WD TV Live Hub, WD TV Play, WD TV Media Player | WDAVN, WDBABF, WDBAAL, WDBAAN, WDBABX, WDBG3A, WDBABZ, WDBHG7, WDBMBA, WDBHZM, WDBYMN | N/A | 1-year |
| My DVR Expander eSATA Edition, My DVR Expander USB Edition, My Book AV eSATA, My Book AV-TV | WDG1S, WDH1S, WDBACS, WDBGLG | N/A | 1-year |
| My Book AV DVR Expander | WDBABT | N/A | 2-year |
| **WD_BLACK** | | | |
| WD_BLACK P10 Game Drive, WD_BLACK P10 Game Drive for Xbox, WD_BLACK Call of Duty®: Black Ops Cold War Special Edition P10 Game Drive, WD_BLACK D10 Game Drive, WD_BLACK D10 Game Drive for Xbox One, | WDBA2W, WDBA3A, WDBAUV, WDBA5G, WDBAZC, WDBA3P, WDBA5E | N/A | 3-year |
| WD_BLACK P40 Game Drive SSD, WD_BLACK P50 Game Drive SSD, WD_BLACK P50 Game Drive SSD Call of Duty Edition, WD_BLACK D50 Game Dock, WD_BLACK AN1500 NVMe SSD | WDBAWY, WDBA3S, WDBAZX, WDBA3U, WDSxxxT1X0L | N/A | 5-year |
| WD_BLACK D30 Game Drive SSD, WD_BLACK D30 Game Drive SSD for Xbox | WDBATLxxxxBBK, WDBAMFxxxxBBW | N/A | 3-year |
| **Solid State Storage:** | | | |
| *Solid State Storage limited warranty period expires at the earlier of: (a) time period below; or (b) when the Solid State Storage exceeds its endurance limit(s) (see Solid State Storage specifications). | | | |
| WD Green SN350 NVMe SSD | WDSxxxxxG0C | N/A | 3-year * |
| WD Blue SSD, WD Green SSD | WDSxxxx1B0x, WDSxxxxxG0x | N/A | 3-year * |
| WD Blue SN550 NVMe SSD | WDSxxxx2B0C | N/A | 5-year * |
| WD Blue SN570 NVMe SSD | WDSxxxx3B0C, WDBB9ExxxxBNC, WDBB9ExxxxANC | N/A | 5 year * |

| Product | Product Designator | Component Drive | Retail Kit |
|---|---|---|---|
| WD Blue SN500 NVMe SSD | WDSxxx1B0C | N/A | 5-year * |
| WD Red SN700 NVMe SSD | WDSxxx1R0C | N/A | 5-year * |
| WD Red SA500 NAS | WDSxxxxxxR0x | N/A | 5-year * |
| WD Blue SSD | WDBNCExxxxPNC, WDSxxxx2B0x. WDSxxxT3B0x, WDSxxxG3B0x | N/A | 5-year * |
| WD Black PCIe SSD | WDSxxxxxX0C | N/A | 5-year * |
| WD Black NVMe SSD | WDSxxxx?X0C | N/A | 5-year * |
| WD_BLACK SN750 NVMe SSD | WDSxxxx3X0C, WDSxxxx3XHC | N/A | 5-year * |
| WD_BLACK SN770 NVMe SSD | WDSxxxx3X03, WDBBDLxxxxBNC | N/A | 5-year * |
| WD_BLACK SN850 NVMe SSD, WD_BLACK Call of Duty: Black Ops Cold War Special Edition SN850 NVMe SSD, WD_BLACK SN850 NVMe for PS5 Consoles | WDSxxxx1X0E, WDSxxxx1XHE, WDBB2FxxxxBNC, WDBBKWxxxxBBK | N/A | 5-year * |
| WD Gold SSD | WDSxxxxxxD0x | N/A | 5-year * |
| WD Purple microSD Card | WDDxxxG1P1C, WDDxxxG1P0C, WDDxxxG1PCC, WDDxxxG1PJC, WDDxxxG1P0A, WDDxxxG1PCA | 3-year * | N/A |
| WD SiliconDrive CF | 3xxxx | N/A | 5-year |
| WD SiliconDrive II CF | 45xx, 46xx, 48xx | N/A | 5-year |
| WD SiliconDrive A100 | 71xx | N/A | 5-year |
| WD SiliconDrive U100 | 49xx | N/A | 5-year |
| Accessories: | | | |
| WD Nomad | WDBGRD0000NBK | N/A | 2-year |

## EMEA

The term of the limited warranty depends on the country in which the Product was first purchased and may be longer than indicated. Please contact us at https://www.westerndigital.com/support/international-phone-numbers for specific warranty information related to your country of purchase.

| Product | Product Designator | Component Drive[1] | Retail Kit |
|---|---|---|---|
| Enterprise Drives: | | | |
| WD Raptor, WD RE, WD RE2, WD RE2-GP, WD RE3, WD RE4, WD RE4-GP, WD VelociRaptor, WD RE SAS, WD SE | GD, SD, SB, YD, YR, YS, ADFD, ADFS, BLFS, BLHX, BHTZ, CHTZ, GLFS, HLFS, HLHX, HHTZ, DHTZ, ABPS, ABYS, ABYX, ABYZ, AYPS, AYYS, FXYZ, FBYZ, FBYX, FYPS, FYPX, FYYS, FYYZ, FYYG, F9YZ, FSYZ, FRPZ | 5-year | 5-year |
| WD VelociRaptor | WDBACN | N/A | 5-year |
| WD Gold | KRYZ, FRYZ | 5-year | N/A |
| WD XE SAS Hard Drives | BKFG, BKHG, BKFF | 5-year | N/A |
| Small Office Storage Server: | | | |
| WD Sentinel DS6100. DS5100 | WDBWVL, WDBYVE | N/A | 2-year |
| WD Sentinel RX4100 | WDBLVH | N/A | 3-year |
| WD Sentinel DX4000 | WDBLGT | N/A | 3-year |

WD Sentinel Drives

### NAS:

| | | | |
|---|---|---|---|
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My Cloud PR2100 | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBVBZ, WDBNFA, WDBBCL | N/A | 3-year (populated) |
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My Cloud PR2100 | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBVBZ, WDBNFA, WDBBCL | N/A | 2-year (diskless) |
| My Cloud, My Cloud Mirror, My Cloud EX2, My Cloud EX4, My Cloud Home, My Cloud Home Duo | WDBCTL, WDBZVM, WDBWVZ, WDBVKW, WDBWWD, WDBVXC, WDBMUT | N/A | 2-year |
| WD Red Pro | KFGX, KFBX, FFBX, FFSX, FFWX | 5-year | 5-year |
| WD Red Plus 3.5-inch | EFFX, EFRX, EFZX, EFAX, EFBX, EFGX | 3-year | 3-year |
| WD Red 3.5-inch | WDBMMA | N/A | 3-year |
| WD Red 2.5-inch | JFCX, BFCX | 3-year | 3-year |

### Networking:

| | | | |
|---|---|---|---|
| My Net Switch, My Net N600, My Net N750, My Net N900, My Net N900 Central, WD Livewire, My Net WiFi Range Extender, My Net AC1300 Router, My Net AC Bridge | WDBJVC, WDBEAV, WDBAJA, WDBWVK, WDBKSP, WDBABY, WDBAPK, WDBWNJ, WDBMRD | N/A | 2-year |

### Desktop Drives:

| | | | |
|---|---|---|---|
| WD Purple | PURX, PURZ, PURP | 3-year | 3-year |
| WD Purple Pro | PURP | 5-year | 5-year |
| WD Black | AAEX, AALS, FAEX, FAES, FALS, FASS, AALX, AZEX, FZEX | 5-year | 5-year |
| WD Black | WDBAAZ, WDBMBE, WDBSLA | N/A | 5-year |
| WD Black | FZWX, FZBX, | 5-year | N/A |
| WD Black SSHD | 12XJ, L12X, J13T, | 5-year | N/A |
| WD Blue (WD Caviar, WD Caviar SE, WD Caviar SE16, WD Caviar Blue) | BB, LB, JB, PB, JD, JS, KS, KD, KS, ABKS, AABS, AAJS, AAKS, AABB, AAJB, AAKB, AAKX, AALX, AZEX, AZLX, EALX, EZEX, EALS | 2-year | 3-year |
| WD Blue | WDBAAV, WDBAAW, WDBAAX | N/A | 3-year |
| WD Blue | WDBH2D, AZRZ, EZAZ, EZRZ, EZBX | N/A | 2-year |
| WD Blue SSHD | WD40E31X | 3-year | 3-year |
| WD Raptor X | AHFD | 5-year | 5-year |
| WD Green (WD Caviar GP, WD Caviar Green) | EACS, EADS, AACS, AADS, EARS, EARX, EZRX, NPVX, AZRX | 2-year | 3-year |
| WD Green | WDBAAY | N/A | 3-year |

### Mobile Drives:

| | | | |
|---|---|---|---|
| WD Black | BPKT, BPKX, BEKT, BEKX, BJKT, SPSX, JPLX | 5-year | 5-year |
| WD Black | WDBABD | N/A | 5-year |
| | VE, UE, BEAS, BEVS, BEVE, BEVT, KEVT, | | |

| | | | |
|---|---|---|---|
| WD Blue | TEVT, BPVT, BPVX, JPVT, JPVX, LPVT, LPVX, TPVT, SPCX, LPCX, MPCK, SPZX, LQVX | 2-year | N/A |
| WD Blue | WDBABA, WDBABB, WDBABC, WDBMYH | N/A | 2-year |
| WD Blue SSHD | WD10J31X | 3-year | 3-year |
| WD Green | NPVT | 2-year | N/A |
| **CE Drives:** | | | |
| WD AV, WD AV-GP, WD AV-25 | AVBS, AVJS, AVBB, AVJB, EVCS, EURS, AVCS, AVVS, BUDT, EVVS, JUCT, BUCT, EURX, EUCX, AUDX, AURS | 3-year | 3-year |
| **External Drives:** | | | |
| WD ShareSpace™ | WDA4NC | N/A | 3-year |
| My Passport Elite, My Passport Studio | WDML, WDMT, WDMS | N/A | 5-year |
| My Book, My Book for Mac, My Book VelociRaptor Duo, My Book Thunderbolt Duo, My Book Mirror, My Book Pro, My Book Pro II, My Book World, My Book World II, My Book Studio, My Book Studio II, My Book Home, My Book Office, My Book Elite, My Book Studio, My Book Live, My Book Duo, My Book Duo Pro | WDBRGR, WDBYCC, WDBUWZ, WDBUPR, WDBUSK, WDH2U, WDG1T, WDG2TP, WDG1NC, WDH1NC, WDG2NC, WDH2NC, WDH1Q., WDH2Q., WDH1CS, WDH1B, WDBAAH, WDBAAJ, WDBC3G, WDBACG, WDBCPZ, BDTB, WDBUTV, WDBFBE, WDBRMH, WDBDFM, WDBCSV | N/A | 3-year |
| WD Elements SE, WD Elements, My Book, My Book Essential, My Book Mac Edition, My Book Premium, My Book Premium ES, My Book Premium II, WD Elements ™ Exclusive Edition | WDBUZG, WDBU6Y, WDBBJH, WDBAAR, WDBJRH, WDE1U, WDE1MS, WDG1U, WDH1U, WDG1C, WDG1SU, WDG2T, WDBHHG | N/A | 2-year |
| WD Elements Desktop | WDBWLG | N/A | 2-year |
| WD Elements SE, My Book, My Book Live Duo, My Book Essential, My Book for Mac, My Book 3.0, My Book Duo | WDBEPK, WDBJRT, WDBFJK, WDBVHT, WDBAAF, WDBACW, WDBAAG, WDBAAK, WDBABP, WDBLWE | N/A | 2-year |
| WD Elements | WDBHHG, WDBHDW | N/A | 3-year |
| My Passport Essential, My Passport for Mac, My Passport Elite, My Passport Studio, My Passport Edge for Mac, My Passport Ultra, My Passport Slim, My Passport Air, My Passport Ultra Metal, My Passport Ultra Premium, My Passport X, My Passport (Works with PlayStation 4), My Passport Ultra (USB-C), My Passport Ultra for Mac (USB-C) | WDME, WDMEA, WDBAAC, BCGL, WDBAAE, WDBKKF, WDBGCH, WDBJBH, WDBALG, WDBK8A, WDBS8P, WDBMWV, WDBZFP, WDBPGC, WDBLNP, WDBJNZ, WDBGMT, WDBPDZ, WDBBLW, WDBWDG, WDBZYL, WDBLUZ, WDBGJA, WDBU4M, WDBTYH, WDBEZW, WDBGPU, WDBBKD, WDBJBS, WDBCRM, WDR7GF, WDRC3C, WDBFTM, WDBPMV, WDBFKT, WDBTLG | N/A | 3-year |
| My Passport, My Passport Essential, My Passport Essential SE, My Passport for Mac, My Passport AV, My Passport SE for Mac, My Passport Studio, My Passport Edge, My Passport Enterprise, My Passport Pro (Duo), My passport carrying case, My Passport Wireless, My Passport Wireless Pro, My Passport Wireless | WDBAAA, WDBAAB, WDBABM, WDBACX, WDBABS, WDBABW, WDBACY, WDBBEP, WDBBXV, WDBFBW, WDBEMM, WDBHEZ, WDBK6Z, WDBKXH, WDBL1D, WDBY8L, WDBZZZ, WDBRNB, WDBABK, WDBDAF, WDBK8Z, WDBLJT, WDBSMT, WDBP2P, WDBAMJ | N/A | 2-year |

| SSD | | | |
|---|---|---|---|
| My Passport, My Passport for Mac, WD Gaming Drive (Works with PlayStation 4), My Passport Go, My Passport SSD, WD Gaming Drive Accelerated for Xbox | WDBS4B, WDBBEX, WDBUAX, WDBYFT, WDBYFT, WDBYNN, WDBP6A, WDBTYW, WDBUKK, WDBM1M ( WESN), WDBDFF (-WESN), WDBY9Y (-WESN), WDBKVX, WDBKE3, WDBA4V | N/A | 3-year |
| My Passport SSD | WDBAGF | N/A | 5-year |
| My Passport AV-TV | WDBHDK (-PESN) | N/A | 3-year |
| My Passport AV-TV | WDBHDK (-EESN) | N/A | 2-year |
| **WD Elements Portable:** | | | |
| WD Elements Portable | WDBUZG (-SESN / -CESN), WDBU6Y (-SESN / -CESN) | N/A | 3-year |
| WD Elements Portable | WDBUZG (-WESN / -EESN), WDBU6Y (-WESN / -EESN) | N/A | 2-year |
| WD Elements Portable | WDBUZG (-NESN), WDBU6Y (-NESN) | N/A | 1-year |
| WD Elements SE Portable SSD | WDBAYN | N/A | 3-year |
| **Home Entertainment:** | | | |
| WD TV, WD TV Mini, WD TV Live, WD TV Live Plus, WD Elements Play, WD TV Live Hub, WD TV Play, WD TV Media Player | WDAVP, WDBABG, WDBAAM, WDBAAN, WDBAAP, WDBKH2, WDBREC, WDBGXT, WDBACC, WDBNLC, WDBACA, WDBMBA, WDBHZM, WDBYMN | N/A | 2-year |
| My DVR Expander eSATA Edition, My DVR Expander USB Edition, My Book AV eSATA, My Book AV-TV | WDG1S, WDH1S, WDBACS, WDBGLG | N/A | 2-year |
| My Book AV DVR Expander | WDBABT | N/A | 2-year |
| **WD_BLACK** | | | |
| WD_BLACK P10 Game Drive, WD_BLACK P10 Game Drive for Xbox, WD_BLACK Call of Duty®: Black Ops Cold War Special Edition P10 Game Drive, WD_BLACK D10 Game Drive, WD_BLACK D10 Game Drive for Xbox One, | WDBA2W, WDBA3A, WDBAUV, WDBA5G, WDBAZC, WDBA3P, WDBA5E | N/A | 3-year |
| WD_BLACK P40 Game Drive SSD, WD_BLACK P50 Game Drive SSD, WD_BLACK P50 Game Drive SSD Call of Duty Edition, WD_BLACK D50 Game Dock, WD_BLACK AN1500 NVMe SSD | WDBAWY, WDBA3S, WDBAZX, WDBA3U, WDSxxxT1X0L | N/A | 5-year |
| WD_BLACK D30 Game Drive SSD, WD_BLACK D30 Game Drive SSD for Xbox | WDBATLxxxxBBK, WDBAMFxxxxBBW | | |
| **Solid State Storage:** | | | |
| *Solid State Storage limited warranty period expires at the earlier of: (a) time period below; or (b) when the Solid State Storage exceeds its endurance limit(s) (see Solid State Storage specifications). | | | |
| WD Red  SN700 NVMe SSD | WDSxxx1R0C | N/A | 5-year * |
| WD Blue SSD, WD Green SSD | WDSxxxx1B0x, WDSxxxxxG0x | N/A | 3-year * |
| WD Blue SSD | WDBNCExxxxPNC, WDSxxxx2B0x, | N/A | 5-year * |

| Product | Product Designator | Component Drive | Retail Kit |
|---------|-------------------|-----------------|------------|
| WD Blue SSD | WDSxxxT3B0x, WDSxxxG3B0x | | |
| WD Blue SN570 NVMe SSD | WDSxxxx3B0C, WDBB9ExxxxBNC, WDBB9ExxxxANC | N/A | 5-year * |
| WD Black PCIe SSD | WDSxxxxxX0C | N/A | 5-year * |
| WD Black NVMe SSD | WDSxxxx2X0C | N/A | 5-year * |
| WD_BLACK SN750 NVMe SSD | WDSxxxx3X0C, WDSxxxx3XHC | N/A | 5-year * |
| WD_BLACK SN770 NVMe SSD | WDSxxxx3X03, WDBBDLxxxxBNC | N/A | 5-year * |
| WD_BLACK SN850 NVMe SSD, WD_BLACK Call of Duty: Black Ops Cold War Special Edition SN850 NVMe SSD, WD_BLACK SN850 NVMe for PS5 Consoles | WDSxxxx1X0E, WDSxxxx1XHE, WDBB2FxxxxBNC, WDBBKWxxxxBBK | N/A | 5-year * |
| WD Gold SSD | WDSxxxxxxD0x | N/A | 5-year * |
| WD Purple microSD Card | WDDxxxG1P1C, WDDxxxG1P0C, WDDxxxG1PCC, WDDxxxG1PJC, WDDxxxG1P0A, WDDxxxG1PCA | 3-year * | N/A |
| WD SiliconDrive CF | 3xmicrosdxxx | N/A | 5-year |
| WD SiliconDrive II CF | 45xx, 46xx, 48xx | N/A | 5-year |
| WD SiliconDrive A100 | 71xx | N/A | 5-year |
| WD SiliconDrive U100 | 49xx | N/A | 5-year |
| **Accessories:** | | | |
| WD Nomad | WDBGRD0000NBK | N/A | 2-year |

## APAC

| Product | Product Designator | Component Drive[1] | Retail Kit |
|---------|-------------------|--------------------|-----------| 
| **Enterprise Drives:** | | | |
| WD Raptor, WD RE, WD RE2, WD RE2-GP, WD RE3, WD RE4, WD RE4-GP, WD VelociRaptor, WD RE SAS, WD SE | GD, SD, SB, YD, YR, YS, ADFD, ADFS, BLFS, BLHX, BHTZ, CHTZ, GLFS, HLFS, HLHX, HHTZ, DHTZ, ABPS, ABYS, ABYX, ABYZ, AYPS, AYYS, FXYZ, FBYZ, FBYX, FYPS, FYPX, FYYS, FYYZ, FYYG, F9YZ, FSYZ, FRPZ | 5-year | N/A |
| WD Gold | KRYZ, FRYZ | 5-year | N/A |
| WD XE SAS Hard Drives | BKFG, BKHG, BKFF | 5-year | N/A |
| **Small Office Storage Server:** | | | |
| WD Sentinel DS6100, DS5100 | WDBWVL, WDBYVE | N/A | 1-year |
| WD Sentinel RX4100 | WDBLVH | N/A | 3-year |
| WD Sentinel DX4000 | WDBLGT | N/A | 3-year |
| WD Sentinel Drive Kit | WDBYBL, WDBBDN, WDBNSH | N/A | 3-year |
| **NAS:** | | | |
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBVBZ, WDBNFA, WDBBCL | N/A | 3-year (populated) |

| | | | |
|---|---|---|---|
| Ultra, My Cloud Pro... Cloud PR2100 | | | |
| My Cloud EX4100, My Cloud EX2100, My Cloud DL4100, My Cloud DL2100, My Cloud EX2 Ultra, My Cloud PR4100, My Cloud PR2100 | WDBWZE, WDBWAZ, WDBNEZ, WDBBAZ, WDBVBZ, WDBNFA, WDBBCL | N/A | 2-year (diskless) |
| My Cloud, My Cloud Mirror, My Cloud EX2, My Cloud EX4, My Passport Wireless, My Cloud Home, My Cloud Home Duo | WDBCTL, WDBZVM, WDBWVZ, WDBVKW, WDBWWD, WDBDAF, WDBK8Z, WDBLJT, WDBVXC, WDBMUT | N/A | 2-year |
| WD Red Pro | KFGX, KFBX, FFBX,FFSX, FFWX | 5-year | 5-year |
| WD Red Plus 3.5-inch | EFFX, EFRX, EFZX, EFAX, EFBX, EFGX | 3-year | 3-year |
| WD Red 3.5-inch | WDBMMA | N/A | 3-year |
| WD Red 2.5-inch | JFCX, BFCX | 3-year | 3-year |
| **Networking:** | | | |
| My Net Switch | WDBJVC | N/A | 1-year |
| My Net N600, My Net N750, My Net N900, My Net N900 Central, WD Livewire, My Net WiFi Range Extender, My Net AC1300 Router, My Net AC Bridge | WDBEAV, WDBAJA, WDBWVK, WDBKSP, WDBABY, WDBAPK, WDBWNJ, WDBMRD | N/A | 3-year |
| **Desktop Drives:** | | | |
| WD Purple | EJRX, PURX, EJRP | 3-year | 3-year |
| WD Purple Pro | PURP | 5-year | 5-year |
| WD Black | AAEX, AALS, AALX, AZEX, FAEX, FAES, FALS, FASS, FZEX | 5-year | N/A |
| WD Black | FZWX, FZBX, | 5-year | N/A |
| WD Black SSHD | 12XJ, L12X, J13T, | 5-year | N/A |
| WD Blue (WD Caviar, WD Caviar SE, WD Caviar SE16, WD Caviar Blue) | BB, LB, JB, PB, JD, JS, KS, KD, KS, ABKS, AABS, AAJS, AAKS, AABB, AAJB, AAKB, AAKX, AALX, AZEX, AZLX, EALX, EZEX, EALS | 2-year | N/A |
| WD Blue | WDBAAX | N/A | 3-year |
| WD Blue | WDBH2D, AZRZ, EZAZ, EZRZ, EZBX | N/A | 2-year |
| WD Blue SSHD | WD40E31X | 3-year | 3-year |
| WD Raptor X | AHFD | 5-year | N/A |
| WD Green (WD Caviar GP, WD Caviar Green) | EACS, EADS, AACS, AADS, EARS, EARX, EZRX, NPVX, AZRX | 2-year | N/A |
| WD Green | WDBAAY | N/A | 3-year |
| **Mobile Drives:** | | | |
| WD Black | BPKT, BPKX, BEKT, BEKX, BJKT, SPSX, JPLX | 5-year | N/A |
| WD Blue | VE, UE, BEAS, BEVS, BEVE, BEVT, KEVT, TEVT, BPVT, JPVT, LPVT, TPVT, SPZX, LQVX | 2-year | N/A |
| WD Blue | WDBABC | N/A | 3-year |

| WD Blue SSHD | WD10J31X | 3-year | 3-year |
|---|---|---|---|
| WD Green | NPVT | 2-year | N/A |
| **CE Drives:** | | | |
| WD AV, WD AV-GP, WD AV-25 | AVBS, AVJS, AVBB, AVJB, EVCS, EURS, AVCS, AVVS, BUDT, EVVS, JUCT, BUCT, EURX, EUCX, AUDX, AURS | 3-year | N/A |
| **External Drives:** | | | |
| WD ShareSpace™ | WDA4NC | N/A | 3-year |
| My Book Pro, My Book Pro II | WDG1T, WDG2TP, BDTB | N/A | 5-year |
| My Book Pro | BDTB | N/A | 3-year |
| My Passport Elite, My Passport Studio | WDML, WDMT, WDMS | N/A | 5-year |
| My Book VelociRaptor Duo, My Book Thunderbolt Duo, My Book Mirror, My Book World, My Book World II, My Book Studio, My Book Studio II, My Book Mac Edition, My Book Essential, My Book Home, My Book Office, My Book Elite, My Book Studio, My Book Live, My Book Live Duo, My Book Duo | WDBUWZ, WDBUPB, WDBUSK, WDH2U, WDG1NC, WDH1NC, WDG2NC, WDH2NC, WDH1Q_, WDH2Q_, WDH1U ,WDH1CS, WDH1B, WDBAAH, WDBAAJ, WDBC3G, WDBACG, WDBVHT, WDBCPZ, WDBUTV, WDBFBE | N/A | 3-year |
| My Book, My Book Essential, My Book Premium Edition, My Book Premium ES, My Book Premium Edition II, My Book Duo, My Book Duo Pro | WDBFJK, WDG1U, WDG1C, WDG1SU, WDG2T, BLWE, WDBRMH, WDBDFM, WDBCSV | N/A | 3-year |
| My Book Essential, My Book for Mac, My Book 3.0 | WDBYCC, WDBAAF, WDBACW, WDBAAG | N/A | 3-year |
| WD Elements Desktop | WDBWLG | N/A | 2-year |
| WD Elements SE, WD Elements, WD Elements Desktop | WDBEPK, WDBUZG, WDBU6Y, WDBBJH, WDBABV, WDE1U, WDE1MS, WDBAAR | N/A | 3-year |
| My Passport Essential, My Passport for Mac, My Passport Elite, My Passport Studio, My Passport Edge, My Passport Edge for Mac, My Passport Ultra, My Passport Slim, My Passport Air, My Passport Ultra Metal, My Passport Ultra Premium, My Passport X, My Passport (Works with PlayStation 4), My Passport Ultra (USB C), My Passport Ultra for Mac (USB-C) | WDME, WDMEA, WDBAAC, WDBAAE, WDBK8A, WDBALG, WDBKKF, WDBGCH, WDBK6Z, WDBJBH, WDBMWV, WDBZFP, WDBPGC, WDBLNP, WDBJNZ, WDBGMT, WDBPDZ, WDBBLW, WDBWDG, WDBZYL, WDBLUZ, WDBGJA, WDBU4M, WDB1YH, WDBEZW, WDBGPU, WDBBKD, WDBJBS, WDBCRM, WDBZGE, WDBC3C, WDBFTM, WDBPMV, WDBFKT, WDBTLG | N/A | 3-year |
| My Passport, My Passport Essential, My Passport Essential SE, My Passport for Mac, My Passport AV, My Passport SE for Mac, My Passport Pro (Duo), My | WDBY8L, WDBBEP, WDBKXH, WDBACX, WDBAAA, WDBACY, WDBABM, WDBAAB, BCGL, WDBBXV, WDBL1D, WDBABS, WDBABW, WDBRNB, WDBABK | N/A | 3-year |

| passport carrying case | | | |
|---|---|---|---|
| WD Elements SE, My Passport Wireless Pro, My Passport Wireless SSD | WDBEPK, WDBJRT, WDBSMT, WDBP2P, WDBAMJ | N/A | 2-year |
| My Passport, My Passport for Mac, WD Gaming Drive (Works with PlayStation 4), My Passport Go, My Passport SSD, WD Gaming Drive Accelerated for Xbox | WDBS4B, WDBBEX, WDBUAX, WDBYFT, WDBYFT, WDBYNN, WDBP6A, WDBTYW, WDBUKK, WDBM1M (-WESN), WDBDFF (-WESN), WDBY9Y (-WESN), WDBKVX, WDBKE3, WDBA4V | N/A | 3-year |
| My Passport SSD | WDBAGF | N/A | 5-year |
| My Passport AV-TV | WDBHDK (-PESN) | N/A | 3-year |
| My Passport AV-TV | WDBHDK (-EESN) | N/A | 2-year |
| **WD Elements Portable:** | | | |
| WD Elements Portable | WDBUZG (-SESN / -CESN), WDBU6Y (-SESN / -CESN) | N/A | 3-year |
| WD Elements Portable | WDBUZG (-WESN / -EESN), WDBU6Y (-WESN / -EESN) | N/A | 2-year |
| WD Elements Portable | WDBUZG (-NESN), WDBU6Y (-NESN) | N/A | 1-year |
| WD Elements SE Portable SSD | WDBAYN | N/A | 3-year |
| **Home Entertainment:** | | | |
| WD TV, WD TV Mini, WD TV Live, WD TV Live Streaming, WD TV Play, WD TV Media Player | WDAV, WDBAAM, WDBAAN, WDBAAP, WDBABF, WDBABG, WDBGXT, WDBHG7, WDBMBA, WDBHZM, WDBYMN | N/A | 1-year |
| WD Elements Play, WD TV Live Hub | WDBACB, WDBACC, WDBNLC, WDBMCE, WDBABZ, WDBACA | N/A | 3-year |
| My DVR Expander eSATA, My DVR Expander USB, My Book AV eSATA, My Book AV DVR Expander, My Book AV-TV | WDG1S, WDH1S, WDBACS, WDBABT, WDBGLG | N/A | 3-year |
| **WD_BLACK** | | | |
| WD_BLACK P10 Game Drive, WD_BLACK P10 Game Drive for Xbox, WD_BLACK Call of Duty®: Black Ops Cold War Special Edition P10 Game Drive, WD_BLACK D10 Game Drive, WD_BLACK D10 Game Drive for Xbox One, | WDBA2W, WDBA3A, WDBAUV, WDBA5G, WDBAZC, WDBA3P, WDBA5E | N/A | 3-year |
| WD_BLACK P40 Game Drive SSD, WD_BLACK P50 Game Drive SSD, WD_BLACK P50 Game Drive SSD Call of Duty Edition, WD_BLACK D50 Game Duck, WD_BLACK AN1500 NVMe SSD | WDBAWY, WDBA3S, WDBAZX, WDBA3U, WDSxxxT1X0L | N/A | 5-year |
| WD_BLACK D30 Game Drive SSD, WD_BLACK D30 Game | WDBATLxxxxBBK, WDBAMFxxxxBBW | N/A | 3-year |

Drive SSD for Xbox

**Solid State Storage:**

*Solid State Storage limited warranty period expires at the earlier of: (a) time period below; or (b) when the Solid State Storage exceeds its endurance limit(s) (see Solid State Storage specifications).

| Product | Model | | |
|---|---|---|---|
| WD Green SN350 NVMe SSD | WDSxxxxxG0C | N/A | 3-year * |
| WD Blue SSD, WD Green SSD | WDSxxxx1B0x, WDSxxxxxG0x | N/A | 3-year * |
| WD Blue SN550 NVMe SSD | WDSxxxx2B0C | N/A | 5-year * |
| WD Blue SN570 NVMe SSD | WDSxxxx3B0C, WDBB9ExxxxBNC, WDBB9ExxxxANC | N/A | 5-year * |
| WD Blue SN500 NVMe SSD | WDSxxxx1B0C | N/A | 5-year * |
| WD Red SN700 NVMe SSD | WDSxxx1R0C | N/A | 5-year * |
| WD Red SA500 NAS | WDSxxxxxxR0x | N/A | 5-year * |
| WD Blue SSD | WDBNCExxxxPNC, WDSxxxx2B0x, WDSxxxT3B0x, WDSxxxG3B0x | N/A | 5-year * |
| WD Black PCIe SSD | WDSxxxxxX0C | N/A | 5-year * |
| WD Black NVMe SSD | WDSxxxx2X0C | N/A | 5-year * |
| WD_BLACK SN750 NVMe SSD | WDSxxxx3X0C, WDSxxxx3XHC | N/A | 5-year * |
| WD_BLACK SN770 NVMe SSD | WDSxxxx3X03, WDBBDLxxxxBNC | N/A | 5-year |
| WD_BLACK SN850 NVMe SSD, WD_BLACK Call of Duty: Black Ops Cold War Special Edition SN850 NVMe SSD, WD_BLACK SN850 NVMe for PS5 Consoles | WDSxxxx1X0E, WDSxxxx1XHE, WDBB2FxxxxBNC, WDBBKWxxxBBK | N/A | 5-year * |
| WD Gold SSD | WDSxxxxxxD0x | N/A | 5-year * |
| WD Purple microSD Card | WDDxxxG1P1C, WDDxxxG1P0C, WDDxxxG1PCC, WDDxxxG1PlC, WDDxxxG1P0A, WDDxxxG1PCA | 3-year * | N/A |
| WD SiliconDrive CF | 3xxxx | N/A | 5-year |
| WD SiliconDrive II CF | 45xx, 46xx, 48xx | N/A | 5-year |
| WD SiliconDrive A100 | 71xx | N/A | 5-year |
| WD SiliconDrive U100 | 49xx | N/A | 5-year |

**Accessories:**

| | | | |
|---|---|---|---|
| WD Nomad | WDBGRD0000NBK | N/A | 2-year |

**India Only**

| | | | |
|---|---|---|---|
| WD Elements SE, WD Elements | WDBUZG, WDBU6Y | N/A | 3-year |

**Thailand Only**

| | | | |
|---|---|---|---|
| WD Blue (WD Caviar, WD Caviar SE, WD Caviar SE16, WD Caviar Blue) | BB, LB, JB, PB, JD, JS, KS, KD, KS, ABKS, AABS, AAJS, AAKS, AABB, AAJB, AAKB, AAKX, AALX, AZEX, AZLX, EALX, EZEX | 3-year | N/A |
| WD Green (WD Caviar GP, WD Caviar Green) | EACS, EADS, AACS, AADS, EARS, EARX, EZRX, AZRX | 3-year | N/A |
| WD Blue | VE, UE, BEAS, BEVS, BEVE, BEVT, KEVT, TEVT, BPVT, JPVT, LPVT, TPVT, JPVX, SPCX, BPVX, LPCX, LPVX, AZRZ, EZRZ, EZAZ | 3-year | N/A |

Taiwan Only

| | | | |
|---|---|---|---|
| WD Blue (WD Caviar, WD Caviar SE, WD Caviar SE16, WD Caviar Blue) | BB, LB, JB, PB, JD, JS, KS, KD, KS, ABKS, AABS, AAJS, AAKS, AABB, AAJB, AAKB, AAKX, AALX, AZEX, AZLX, EALX, EZEX, AZRZ, EZRZ | 3-year | N/A |
| WD Green (WD Caviar GP, WD Caviar Green) | EACS, EADS, AACS, AADS, EARS, EARX, EZRX, AZRX | 3-year | N/A |
| WD Blue | VE, UE, BEAS, BEVS, BEVE, BEVT, KEVT, TEVT, BPVT, JPVT, LPVT, TPVT, JPVX, SPCX, BPVX, LPCX, LPVX, EZAZ, SPZX | 3-year | N/A |

[1] Any Non-Kitted Hard Drive sold to Authorized WD Distributors.
[2] Effective for products purchased since March 1st, 2007.
[3] Effective for products purchased since August 1st, 2007. Drives purchased previously have 1 year warranty.
[4] Effective for products purchased since March 1st, 2007. Drives purchased previously have 2 year warranty.
[5] Effective for products purchased since October 1st, 2007. Drives purchased previously have 1 year warranty.
[6] Effective for products purchased after October 3rd, 2015. Drives sold before October 3rd, 2015 have 2 year warranty.
[7] Warranties may vary in regions that belong to the European Union.

**Note:**

The term of your limited warranty period shall commence on the purchase date appearing on your purchase receipt from an authorized distributor or authorized reseller and extends only for the period of time set forth in the Product documentation.

For any WD-brand Solid State Drive (SSD) product ("SSD Product"), the warranty period expires at the end of the earlier of: (a) the stated time period for the SSD Product identified above or (b) the point at which your use of the SSD Product exceeds the stated endurance limit, as identified in the specifications for the SSD Product. Please note, it is possible for a SSD Product to be used under conditions which cause the media to wear out (and the warranty to expire) prior to the expiration of the stated time period in the warranty period, as specified in the applicable endurance specification.

Proof of purchase shall be required to be eligible for this warranty and to establish the commencement date of this warranty. To verify the warranty of your Product and update your purchase date (if required), please use our online Warranty Status Check service. In the United States, some states do not allow limitations on how long implied warranties last, so the above limitation may not apply to you.

Please refer to your Product manual for a statement of your limited warranty. A Product manual can be obtained from your authorized distributor or reseller or the WD web site.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE FACE OF THE WD LIMITED WARRANTY. WD DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PRODUCTS, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT. IN THE UNITED STATES, SOME STATES DO NOT ALLOW THE EXCLUSION OF THE IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

**Recertified Products**

WD recertified products may consist of customer return units and may be repaired. All products are tested and determined to meet WD's stringent quality standards before they are sold as recertified. Please note that some recertified items may have marks, scratches, or other slight signs of wear.

All recertified products carry manufacturer's limited warranty of 90 days.

**WDC SUPPORT**
All Downloads
Knowledge Base
Product Registration

**CONTACT**
Ask a Question
Contact Support

**OTHER SITES**
MyCloud.com
Online Learning Center

**CONNECT**

© 2020 Western Digital Corporation or its affiliates. All Rights Reserved.

Privacy Statement  Privacy Center  Terms of Use  Cookie Statement  About Ads

# EXHIBIT B



简体中文   Deutsch   日本語

# SanDisk

Sign Up    Log In

# SanDisk Extreme SSD just died for no reason? Still detected (noise) when I plug it in. Help

Portable SSD    Extreme Portable SSD

**investor777**                                                        Nov '21

So I bought the SANDISK EXTREME external SSD (500GB).

https://www.amazon.com/SanDisk-2TB-Extreme-Portable-SDSSDE61-2T00-
G25/dp/B08HN37XC1/ref=sr_1_3?keywords=sandisk+ssd&qid=1637411593&sr=8-3  `62`

Supposedly resistant to shock, water, etc.
Barely used for 6 months. Stored it properly, never left office so zero damage.

All of the sudden, when I plug it in, instead of the file browser opening (with my files on drive), nothing
happens. Interestingly:

- I get the "windows sound" that USB detected that I plugged in the drive, in addition to the option in
  taskbar to "safely remove drive".
- Drive shows up in device manager.
- Drive shows up in "devices & printers" system page.

However:

- Drive doesn't show in "removable media E:" in disk management.
- Drive doesn't show in ThisPC where it should show.

Tested on another PC and its same thing. Makes the "you plugged in something" sound, but drive just
isn't there.

Is the drive dead for no good reason? Seriously if it is, it's the last time I'm ever buying SanDisk. I feel
like I got cheated. Spent over 100EUR on this and all data might me lost.

1  ♡  🔗

| created | last reply | 13 | 5.4k | 13 | 1 | 4 | |
|---------|-----------|-----|------|-----|-----|-----|---|
| Nov '21 | Jul 2 | replies | views | users | like | links | |

**Keerti_01**                                                          Nov '21

Hi  @investor777 ,

Please contact the SD Technical Support team for best assistance and troubleshooting:
https://kb.sandisk.com/app/ask/  `397`

2 Replies ⌄                                                            ♡  🔗

**investor777**                                                        Nov '21

Thank you.
Since I ordered from Amazon, I am getting a replacement.
However it does leave a bitter taste about the reliability of these disks.

Will try to contact technical support in the hope I can still get my files back.

♡  🔗

**Sergio_bolo**                                                        Nov '21

I think the same as you.

Reliability 0.

I have spent a lot of money and in less than 6 months, I have lost my data.

The exact same thing happened to me. I can't add anything.

♡  🔗

2 months later

Nov 2021
**1 / 14**
Nov 2021

Back

Jul 2



**petr**  Jan '22

Same thing here, my SanDisk Extreme V2 1TB External SSD just died on me yesterday after just under 5 months of use.
The SSD is not detectable by my Macbook Air at all, is detected by Windows but doesn't show in 'This PC / removable media E:' just as described above.
The customer support merely suggested requesting a replacement, seemingly without looking into the details of the issue at all.

3 months later

**joewhitemusic**  May '22

Same here but the 2TB. I would be happy with a refund and never buy this brand again. However, I trusted SanDisk to hold all of my accumulated stock footage that I have spent a ton of money on. I had just "temporarily" removed my footage from my iCloud back-up to make room for a HUGE client shared folder. I am more than screwed here. Today I will be moving all of my current FCP and Resolve client project files off the 1TB extreme I am currently trusting with those. I REALLY want my money back and an apology.

**Kdhmiller**  May '22

Same issue! Has anyone been able to find a workaround or retrieve data?

**harriszon**  May '22

3 SanDisk Extreme Protable SSD 500GB, all not working, barely used… they are supposed to be ultra durable, but i think it is the opposite as per experience. How can we get a replacement for this defective products?

2 months later

**rsilva**  Jul 25

Signed up just to say that this was the last time I will buy any storage from this brand.
Went out of my way and bought the 1TB Sandisk ExtremePortable SSD backed up my PC and moved to a new one… left some data there to complete the migration some other time and next time I try to access the drive…no media available. Used maybe accessed it maybe 3-4 times and used less than 10% of its total capacity.

Well its not just about losing my data… I feel ripped off especially when trying to look for solutions I find numerous people having the exact same problem.

This should be taken out of the market so no more people fall for this.

Thank you.

21 days later

**gparker777**  1 ✏ Aug 15

I have two of these with the exact same issue as reported by OTP.

The first time, it magically came back alive after I left in outside in temperature of around 2 degrees celcius and since then it has been fine.

My second one failed this evening in the exact same way. I believe the data is still intact on these devices but the logical drive is not mounting correctly. So anyone that has one I imagine with previous not backed up data could relatively easily retrieve the data by using a device twin to transplant the memory chip (although it looks a bit fiddly).

It's like they are asleep and need to wake up somehow. Anyway tried the temperature trick on the second one and after freezing it to 0 degrees, no change. I am leaving it plugged in and doing regular restarts to see if it comes back to life as well.

Tried all the recommended troubleshooting suggestions with no outcome.

Like others, have moved on to other options and cannot recommend these drives at all.

---

2 months later

 Shaun888                                                                 Oct 5

Same problem, and there doesn't seem to be any way to solve it. Have lost so much data, so many precious videos and photos, as well as thousands of files. Am devastated, as I trusted ScanDisk, thought they produced decent items, but they must know there's a design fault here as, looking online, loads of people have had the same issue with no real response from ScanDisk apart from suggestions that don't work. Will never buy a ScanDisk product again, as they obviously don't give a dam about their customers, who trust them with their data only to lose it. Mine is still under warranty, and these drives are not cheap, but do I really want a replacement when their products last only a short while and will leave you with no access to all your data? I have lost so much, and so wish someone had a solution to this issue, as I feel bereft.

---

4 months later

 Ahmedalattar1993                                        Keerti_01    Jan 29

I have the same problem

---

10 days later

 e_50                                                              1     Feb 9

I can understand the frustration that is being spread around failed devices but keep in mind that any data storage and I mean ANY can fail. It is not Sandisk's fault, owner of data is responsible for having a backup. If device failed, I am sure Sandisk will send you a new one under warranty if it is covered (but not the data). Keep all eggs in one basket 🙂 or so they say
Here is the solution for data recovery on them anyway:



---

5 months later

 imran11                                                        1     Jul 2

Using EaseUS Data Recovery SanDisk Extreme SSD Failure: Tips to Prevent from Further Damage  can help recover data from a SanDisk Extreme SSD that has unexpectedly stopped working but is still detected and making noise when connected, allowing you to retrieve your important files despite the drive failure.



♡  🔗

**Hello! Looks like you're enjoying the discussion, but you haven't signed up for an account yet.**

Tired of scrolling through the same posts? When you create an account you'll always come back to where you left off. With an account you can also be notified of new replies, save bookmarks, and use likes to thank others. We can all work together to make this community great. ❤️

 👤 Sign Up    Maybe later    no thanks

### Suggested Topics

| Topic | Replies | Views | Activity |
|---|---|---|---|
| Extreme SSD T2 cable lost<br>Extreme Portable SSD | 2 | 376 | Jul 5 |
| ExFat slower on MacOS than APFS/MacOS Extended<br>Extreme Portable SSD | 3 | 267 | Jul 5 |
| Sandisk extreme portable ssd stop working ؟ ولم يحد يظهر نهايايا ماهو الحل...<br>Extreme Portable SSD | 3 | 335 | Jul 3 |
| Sandisk extreme portable ssd ejection on iPad<br>Extreme Portable SSD | 2 | 107 | Jul 4 |
| "lost+found" folder appeared, everything else disappeared<br>Extreme Portable SSD    extreme-portable-ssd, firmware | 3 | 71 | Jul 2 |

**Want to read more? Browse other topics in** Extreme Portable S… **or view latest topics.**

# EXHIBIT C

 SanDisk

简体中文   Deutsch   日本語

Sign Up   Log In

# Sandisk Extreme 480GB - lost all data

SSD (Solid State Drives)   All Other SanDisk SSD

**P**   **pro_networks**                                                      Jan '13

Hi We have a Sandisk extreme that suddenly lost all of its filesystem,

Luckily we had a backup of data, after reinstalling windows, windows crashed and now chkdsk reports hundreds of errors.

A generic smart scan reports "204 soft ecc correction rate errors"

   1. I cant find the link to sandik diagnostic utility to verify if this is faulty

2... do we RMA direct with dabs where it was purchased

thanks

Garry



Jan 2013

**1 / 2**
Jan 2013

Jan 2013

| created | last reply | 1 | 296 | 2 | |
|---------|-----------|---|-----|---|---|
| Jan '13 | Jan '13 | reply | views | users | |

**D**   **drlucky**                                                           Jan '13

sounds like it will need to be relplaced. if you are within the return window of your p[lace of purache you can contact them. if not contact sandisk tech support.

**Hello! Looks like you're enjoying the discussion, but you haven't signed up for an account yet.**

Tired of scrolling through the same posts? When you create an account you'll always come back to where you left off. With an account you can also be notified of new replies, save bookmarks, and use likes to thank others. We can all work together to make this community great. ❤️

**Sign Up**   Maybe later   no thanks

## Suggested Topics

| Topic | Replies | Views | Activity |
|-------|---------|-------|----------|
| sandisk milpitas ssd 16 kb<br>All Other SanDisk SSD | 2 | 973 | Oct 28 |
| Cannot find driver for SanDisk Portable SSD<br>All Other SanDisk SSD | 2 | 812 | Nov 10 |
| Sandisk Ultra flair 64GB on windows 11 2h22 slow bitlocker<br>All Other SanDisk SSD | 1 | 317 | Nov 10 |
| Possible to transfer chips from this broken SSD SD5SD2-256GB-1002F?<br>All Other SanDisk SSD | 1 | 273 | Nov 16 |
| Where can I download the latest firmware of Optimus?<br>All Other SanDisk SSD | 2 | 176 | Feb 17 |

**Want to read more?** Browse other topics in All Other SanDisk S…  or view latest topics.